LAWRENCE SENECAL, an Infant, by JOHN SENECAL, His Guardian ad Litem, Appellant, v. JAMES DROLLETTE, Respondent. JOHN SENECAL, Appellant, v. JAMES DROLLETTE, Respondent.— Present—Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 688.]

ALVIENA MICHEL, as Administratrix of the Estate of EUGENE MICHEL, Deceased, Respondent, v. CITY OF TROY et al., Appellants.— Present—Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, pp. 682, 811; *post*, 957.]

LEONARD VAN SCHAACK et al., Plaintiffs, v. RODNEY MILLER et al., as Members of the Board of Education of Central School District No. 1 of the Towns of Coxsackie, Athens, New Baltimore and Cairo, Greene County, Defendants.— Present—Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

## FOURTH DEPARTMENT, JANUARY, 1952.

## (January 9, 1952.)

OSCAR J. BROWN, Respondent, v. NEW YORK STATE TAX COMMISSION, Appellant.— Memorandum: We hold that the Supreme Court has jurisdiction of the subject matter of the action and that the complaint is sufficient as a pleading to state a cause of action. All concur. (Appeal from an order denying defendant's motion to dismiss plaintiff's complaint in an action to restrain defendant from attempting to collect an alleged additional assessment of income tax from plaintiff for the year 1946.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [199 Misc. 349.] [See *post*, p. 975.]